ACE SECURITIES CORP., Appellant, v DB STRUCTURED PRODUCTS, INC., Respondent.

Submitted June 2, 2014; decided June 26, 2014

Motion by CXA-13 Corporation for leave to file a brief amicus curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.

Judge ABDUS-SALAAM taking no part.